UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS VIVAR,

                Plaintiff,

      -against-

90 CHURCH STREET LIMITED PARTNERSHIP, AJ
GOLDSTEIN & CO., ALAN L. MERRIL, AMBIENT GROUP,
INC., BATTERY PARK CITY AUTHORITY, BELFOR USA
GROUP, INC., BETTY JEAN GRANQUIST, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOSTON PROPERTIES, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS
INC., CAROL GAYNOR TRUST, CAROL GAYNOR, AS
TRUSTEE OF THE CAROL GAYNOR TRUST, CAROL
MERRIL GAYNOR, FRED GOLDSTEIN, HARLAND
GAYNOR, AS TRUSTEE UNDER A DECLARATION OF
TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HERMAN L. BLUM, AS
TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF
LOUIS W. GOLDSTEIN, HILLMAN ENVIRONMENTAL
GROUP, LLC., IDELL GOLDSTEIN, AS TRUSTEE UNDER
DECLARATION OF TRUST, MARGARET G. WATERS,
MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST
WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN,
MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN
FAMILY, NATALIE S. LEBOW, AS TRUSTEE OF THE
JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE
S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY
TRUST, PAMELA BETH KLEIN, AS TRUSTEE OF THE
PAMELA AND ROWAN KLEIN TRUST, ROWAN K. KLEIN,
AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN
TRUST, RUTH G. LEBOW, SHIRLEY G. SHOCKLEY, AS
TRUSTEE UNDER DECLARATION OF TRUST, STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES,
INC., SYLVIA R. GOLDSTEIN, TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN, TISHMAN CONS, ET AL

                Defendants.

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Case No 07 CV 4523 (AKH)

ECF

**NOTICE OF APPEARANCE**

Enter the appearance of the undersigned as counsel in this case for defendants, Carol Gaynor as Trustee of The Carol Gaynor Trust, Natalie S. Lebow as Trustee of the Jerry P. Lebow Family Trust, Pamela Beth Klein and Rowan K. Klein as Trustees of The Pamela and Rowan Klein Trust i/s/h/a Pamela Beth Klein, as Trustee of the Pamela and Rowan Klein Trust, Rowan K. Klein as Trustee of the Pamela and Rowan Klein Trust, Fred Goldstein, Margaret G. Waters, Harold G. Goldstein and Idell Goldstein as Trustees Under Declaration of Trust i/s/h/a Harold G. Goldstein, as Trustee Under a Declaration of Trust, Idell Goldstein, as Trustee Under Declaration of Trust, Marguerite K. Lewis and William A. Goldstein, as Trustees under Last Will and Testament of Louis W. Goldstein i/s/h/a Marguerite K. Lewis, as Trustee Under the Last Will and Testament of Louis W. Goldstein, Shirley G. Shockley, as Trustee of The Shirley G. Shockley Trust, Alan L. Merril and AJ Goldstein & Co., Inc. i/s/h/a AJ Goldstein & Co.

The undersigned certifies that she is admitted to practice in this Court.

Dated: Mineola, New York
July 11, 2007

HAVKINS ROSENFELD RITZERT & VARRIALE, LLP

By: _____
Gail L. Ritzert (GR6120)
Attorneys for Defendants
CAROL GAYNOR AS TRUSTEE OF THE CAROL GAYNOR TRUST, NATALIE S. LEBOW AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, PAMELA BETH KLEIN AND ROWAN K. KLEIN AS TRUSTEES OF THE PAMELA AND ROWAN KLEIN TRUST I/S/H/A PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROWAN K. KLEIN AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, FRED GOLDSTEIN, MARGARET G. WATERS, HAROLD G. GOLDSTEIN AND IDELL GOLDSTEIN AS TRUSTEES UNDER DECLARATION OF TRUST I/S/H/A HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF TRUST, IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, MARGUERITE K. LEWIS AND WILLIAM A. GOLDSTEIN, AS TRUSTEES UNDER LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN I/S/H/A MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, SHIRLEY G. SHOCKLEY, AS TRUSTEE OF THE SHIRLEY G. SHOCKLEY TRUST, ALAN L. MERRIL AND AJ GOLDSTEIN & CO., INC. I/S/H/A AJ GOLDSTEIN & CO.
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 471-1900

01123245