UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS VIVAR,

                        Plaintiff,

    -against-

90 CHURCH STREET LIMITED PARTNERSHIP, AJ GOLDSTEIN & CO., ALAN L. MERRIL, AMBIENT GROUP, INC., BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BETTY JEAN GRANQUIST, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOSTON PROPERTIES, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CAROL GAYNOR TRUST, CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST, CAROL MERRIL GAYNOR, FRED GOLDSTEIN, HARLAND GAYNOR, AS TRUSTEE UNDER A DECLARATION OF TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF TRUST, HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HILLMAN ENVIRONMENTAL GROUP, LLC., IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, MARGARET G. WATERS, MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY, NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, RUTH G. LEBOW, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SYLVIA R. GOLDSTEIN, TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN, TISHMAN CONS, ET AL

                        Defendants.

------------------------------------------------------------------X

Case No 07 CV 4523 (AKH)
ECF

RULE 7.1 CORPORATE
DISCLOSURE
STATEMENT

       Pursuant to Fed. R. Civ. P. 7.1 defendants, Carol Gaynor as Trustee of The Carol Gaynor Trust, Natalie S. Lebow as Trustee of the Jerry P. Lebow Family Trust, Pamela Beth Klein and

Rowan K. Klein as Trustees of The Pamela and Rowan Klein Trust i/s/h/a Pamela Beth Klein, as Trustee of the Pamela and Rowan Klein Trust, Rowan K. Klein as Trustee of the Pamela and Rowan Klein Trust, Fred Goldstein, Margaret G. Waters, Harold G. Goldstein and Idell Goldstein as Trustees Under Declaration of Trust i/s/h/a Harold G. Goldstein, as Trustee Under a Declaration of Trust, Idell Goldstein, as Trustee Under Declaration of Trust, Marguerite K. Lewis and William A. Goldstein, as Trustees under Last Will and Testament of Louis W. Goldstein i/s/h/a Marguerite K. Lewis, as Trustee Under the Last Will and Testament of Louis W. Goldstein, Shirley G. Shockley, as Trustee of The Shirley G. Shockley Trust, Alan L. Merril and AJ Goldstein & Co., Inc. i/s/h/a AJ Goldstein & Co., state that they do not have parent corporations and no publicly held corporation owns 10% or more of their stock.

Dated: Mineola, New York
       July 11, 2007

                                      HAVKINS ROSENFELD RITZERT & VARRIALE, LLP

                                      By: _____
                                            Gail L. Ritzert (GR6120)

Attorneys for Defendants
CAROL GAYNOR AS TRUSTEE OF THE CAROL GAYNOR TRUST, NATALIE S. LEBOW AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, PAMELA BETH KLEIN AND ROWAN K. KLEIN AS TRUSTEES OF THE PAMELA AND ROWAN KLEIN TRUST I/S/H/A PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROWAN K. KLEIN AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, FRED GOLDSTEIN, MARGARET G. WATERS, HAROLD G. GOLDSTEIN AND IDELL GOLDSTEIN AS TRUSTEES UNDER DECLARATION OF TRUST I/S/H/A HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF TRUST, IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, MARGUERITE K. LEWIS AND WILLIAM A. GOLDSTEIN, AS TRUSTEES UNDER LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN I/S/H/A MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, SHIRLEY G. SHOCKLEY, AS TRUSTEE OF THE SHIRLEY G. SHOCKLEY TRUST, ALAN L. MERRIL AND AJ GOLDSTEIN & CO., INC. I/S/H/A AJ GOLDSTEIN & CO.
114 Old Country Road, Suite 300
Mineola, New York  11501
(516) 471-1900

01123262