UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| LUIS VIVAR, | Case No.: 21 MC 102 (AKH) |
| Plaintiff, | Docket No.: 07-CV-4523 (AKH) |
| -against- | **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT** |
| 90 CHURCH STREET LIMITED PARTNERSHIP, *et al.*, | |
| Defendants. | |

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendants AJ GOLDSTEIN & CO. and the owners/trustees of 130 CEDAR STREET, by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed herein and applicable to the above-captioned matter, hereby adopt all of the responses, defenses and affirmative defenses contained in the Answer to Plaintiffs' Master Complaint which was filed and served on August 3, 2007.

In accordance with Case Management Order No. 4, all of the allegations contained in the instant Check-Off Complaint are deemed to be denied.

PLEASE TAKE NOTICE that defendants AJ GOLDSTEIN & CO. and the owners/trustees of 130 CEDAR STREET reserve the right to file an amended answer and reserve the right to interpose cross-claims against the co-defendants.

2949790.1

PLEASE TAKE NOTICE that defendants AJ GOLDSTEIN & CO. and the owners/trustees of 130 CEDAR STREET adopt all affirmative defenses and the jury demand therein.

Wherefore, defendants AJ GOLDSTEIN & CO. and the owners/trustees of 130 CEDAR STREET demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         September 17, 2007

                                        WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
                                        By: _____
                                        Robyn J. Gellert (RG0684)
                                        Attorneys for Defendants
                                        *AJ GOLDSTEIN & CO. AND OWNERS/TRUSTEES OF 130 CEDAR STREET*
                                        150 East 42nd Street
                                        New York, New York 10017
                                        (212) 490-3000
                                        File No.: 07622.00119

TO:   WORBY BRONER EDELMAN & NAPOLI BERN LLP
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

      All Defense Counsel

2949790.1