Gail L. Ritzert, Esq. (GR6120)
HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700

Attorneys for 130 Cedar Street Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER              MASTER CASE NO.
MANHATTAN DISASTER SITE LITIGATION           21 MC 102 (AKH)
------------------------------------------------------------------------X
LUIS VIVAR,                                  DOCKET NO.
                                             07 CV 4523
                    Plaintiff,
                                             NOTICE OF THE 130
        -against-                            CEDAR STREET
                                             DEFENDANTS'
                                             ADOPTION OF ANSWER
90 CHURCH STREET LIMITED PARTNERSHIP, ET AL.,  TO MASTER COMPLAINT

                    Defendants.
------------------------------------------------------------------------X

   **PLEASE TAKE NOTICE** that defendants AJ GOLDSTEIN & CO., INC. i/s/h/a AJ GOLDSTEIN & CO., CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST, CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST i/s/h/a CAROL GAYNOR TRUST, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST i/s/h/a NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST, PAMELA BETH KLEIN AND ROWAN K. KLEIN, AS TRUSTEES OF THE PAMELA AND ROWAN KLEIN TRUST i/s/h/a PAMELA BETH KLEIN, AS TRUSTEES OF THE PAMELA AND ROWAN KLEIN TRUST AND ROWAN K. KLEIN, AS TRUSTEES OF THE PAMELA AND ROWAN KLEIN TRUST, FRED GOLDSTEIN,

MARGARET G. WATERS, MARGUERITE K. LEWIS AND WILLIAM A. GOLDSTEIN, AS TRUSTEES UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN i/s/h/a MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HAROLD G. GOLDSTEIN AND IDELL GOLDSTEIN, AS TRUSTEES UNDER DECLARATION OF TRUST i/s/h/a HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST AND IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST and ALAN L. MERRIL (collectively referred hereto as "130 CEDAR STREET DEFENDANTS") as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopts the 130 CEDAR STREET DEFENDANTS' Answer to Master Complaint, including all affirmative defenses and jury demand dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH). 130 CEDAR STREET DEFENDANTS also adopt the response contained in any Amended Answer filed and served herein.

**PLEASE TAKE FURTHER NOTICE,** that 130 CEDAR STREET DEFENDANTS reserve the right to file an Amended Answer and the right to interpose Cross-Claims against any and all defendants and third-party defendants.

**WHEREFORE**, the 130 CEDAR STREET DEFENDANTS demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: Mineola, New York
      September 17, 2007

                                        **HAVKINS ROSENFELD RITZERT & VARRIALE, LLP**

                                        By: _____
                                               Gail L. Ritzert, Esq. (GR6120)
                                        Attorneys for Defendants
                                        *130 CEDAR STREET DEFENDANTS*
                                        114 Old Country Road, Suite 300
                                        Mineola, New York 11501
                                        (516) 620-1710
                                        File No. 03138-0405

{01151498.DOC /}