UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
LUIS VIVAR

                     Plaintiff,
    -against-                                                             Index No.: 07 CV 4523

RECTOR OF TRINITY CHURCH, et al.         **NOTICE OF APPEARANCE**

                    Defendants.
------------------------------------------------------------------x   **ELECTRONICALLY FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:     New York, New York
             December 10, 2007

                               LONDON FISCHER LLP

                  By:    _____
                               Gillian Hines Kost (GK-2880)
                               59 Maiden Lane
                               New York, New York 10038
                               Phone: (212) 972-1000
                               Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Vivar\Pleadings\Notice of Appearance